UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles H. Cooper, Jr.,
*Administrator for the Estate of J.B., deceased minor*,

    Plaintiff,

v.

Longwood Forest Products, Inc., *et al.*,

    Defendants.

Case No. 2:20-cv-3332

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

Plaintiff and Defendants Longwood Forest Products, Inc., Angel Line, and Wayfair, LLC ("Settling Defendants") jointly report that they are continuing to pursue finalizing settlement through probate proceedings. ECF No. 105. Plaintiff and Settling Defendants are **ORDERED** to file a joint report, outlining the status of their settlement **WITHIN THIRTY DAYS**, and every thirty days thereafter, unless they have filed an appropriate dismissal entry in the interim.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT