#### IN THE UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHARLES H. COOPER, JR., as Administrator of the Estate of Jasyiah J. Boone, deceased minor, | : : : : Case No.: 2:20-cv-3332 |
| Plaintiff, | : : |
| v. | : Judge Watson : Magistrate Judge Jolson : |
| LONGWOOD FOREST PRODUCTS, INC., et al., | : : : |
| Defendants. | : |

### STIPULATED DISMISSAL OF SOME BUT NOT ALL DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this case hereby stipulate to dismissal, with prejudice, of all claims brought against Defendants Longwood Forest Products, Inc.; Angel Line; and Wayfair, LLC in this matter.

This stipulated dismissal does not dismiss Plaintiff's claims against any other defendant in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/Daniel R. Mordarski* | */s/Edward G. Hubbard* |
| Daniel R. Mordarski (0063228) | Edward G. Hubbard    (0067784) |
| Law Offices of Daniel R. Mordarski LLC | Joseph A. Gerling (0022054) |
| 5 East Long Street, Suite 1100 | WESTON HURD LLC |
| Columbus, OH 43215 | 101 East Town Street, Suite 500 |
| (614) 221-3200; Fax (614) 221-3201 | Columbus, Ohio 43215 |
| dan@mordarskilaw.com | (614) 280-1125; Fax: (614) 280-0204 |
| | Ehubbard@westonhurd.com |
| */s/Charles Steven Rabold* | jgerling@westonhurd.com |
| Charles Steven Rabold (0019537) | *Attorneys for Defendants* |
| Miraldi and Barrett, Attorneys | *Longwood Forest Products, Inc.* |
| 6061 S. Broadway Ave. | *Angel Line And Wayfair LLC* |
| Lorain, OH 44053 | |
| 440-233-1110; Fax: 440-233-8527 | |
| csrabold@hotmail.com | |
| *Attorneys for Plaintiff* | |

1