UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles H. Cooper, Jr.,
*Administrator of the Estate of J.B.,
deceased minor*,

      Plaintiff,

v.

Moash Enterprise Company
Limited,

      Defendant.

Case No. 2:20-cv-3332

Judge Michael H. Watson

Magistrate Judge Jolson

# **VERDICT FORMS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles H. Cooper, Jr.,
*Administrator of the Estate of J.B., deceased minor,*

        Plaintiff,

  v.

**Moash Enterprise Company Limited,**

        Defendant.

Case No. 2:20-cv-3332

Judge Michael H. Watson

Magistrate Judge Jolson

## VERDICT FORM 1A:

We the Jury do hereby unanimously return a verdict as to compensatory damages as set forth below:

Do you find Plaintiff is entitled to collect compensatory damages for the Survival Claim?

(circle one)

**(YES)**         **NO**

Signed:

X_____      __8/15/23_____
(Foreperson)                              (Date)

X_____      X_____

X_____      _____

X_____      _____

X_____      _____

If your answer is YES, proceed to Verdict Form 1B. If your answer is NO, proceed to Verdict Form 2A.

Case No. 2:20-cv-3332                                           Page 2 of 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles H. Cooper, Jr.,
*Administrator of the Estate of J.B.,
deceased minor,*

        Plaintiff,

v.

Moash Enterprise Company Limited,

        Defendant.

Case No. 2:20-cv-3332

Judge Michael H. Watson

Magistrate Judge Jolson

## **SPECIAL VERDICT FORM 1B:**

Do you find that the Decedent's injuries, damages, harms or losses resulted in either: a permanent and substantial physical deformity, loss of use of a limb, or loss of a bodily organ system, or a permanent physical functional injury that permanently prevented the Decedent from being able to independently care for himself and perform life-sustaining activities.

(circle one)

**YES** (circled)    **NO**

Signed:

X _____     _____8/15/23_____
(Foreperson)              (Date)

X _____     X _____

X _____     _____

X _____     _____

X _____

If your answer on Verdict Form 1A is YES, proceed to Verdict Form 1C. If your answer on Verdict Form 1A is NO, proceed to Verdict Form 2A.

Case No. 2:20-cv-3332                                          Page 3 of 9

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Charles H. Cooper, Jr.,**
*Administrator of the Estate of J.B.,
deceased minor,*

**Case No. 2:20-cv-3332**

      **Plaintiff,**

**Judge Michael H. Watson**

v.

**Magistrate Judge Jolson**

**Moash Enterprise Company
Limited,**

      **Defendant.**

## VERDICT FORM 1C:

As to compensatory damages for the Survival Claim, we the Jury do unanimously find that Plaintiff is entitled to the following amount:

$ __175,000,000__

Signed:

X_____
(Foreperson)

__8/15/23__
(Date)

X_____

X_____

X_____

X_____

X_____

Proceed to Verdict Form 2A.

Case No. 2:20-cv-3332                                                 Page 4 of 9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Charles H. Cooper, Jr.,
*Administrator of the Estate of J.B.,
deceased minor,*

        Plaintiff,

  v.

**Moash Enterprise Company Limited,**

        Defendant.

Case No. 2:20-cv-3332

Judge Michael H. Watson

Magistrate Judge Jolson

## VERDICT FORM 2A:

We the Jury do hereby unanimously return a verdict as to compensatory damages as set forth below:

Do you find Plaintiff is entitled to collect compensatory damages for the Wrongful Death Claim?

(circle one)

**(YES)**　　　　NO

Signed:

X_____  　　8/15/23
(Foreperson)　　　　　　　　　　(Date)
X_____　　X_____

X_____　　_____

X_____　　_____

X_____

If your answer is YES, proceed to Verdict Form 2B. If your answer is NO, proceed to Verdict Form 3A.

Case No. 2:20-cv-3332　　　　　　　　　　　　　　　　　　Page 5 of 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles H. Cooper, Jr.,
*Administrator of the Estate of J.B.,
deceased minor,*

Case No. 2:20-cv-3332

      Plaintiff,

Judge Michael H. Watson

v.

Magistrate Judge Jolson

Moash Enterprise Company
Limited,

      Defendant.

## VERDICT FORM 2B:

As to compensatory damages for the Wrongful Death Claim, we the Jury do unanimously find that Plaintiff is entitled to the following amount:

$ __90,000,000__

Signed:

__X_____
(Foreperson)

__8/15/23_____
(Date)

__X_____

__X_____

__X_____

__X_____

__X_____

__X_____

__X_____

If you answered YES on Verdict Form 1A, then proceed to Verdict Form 3A.

If you answered NO on Verdict Form 1A, then you are finished. Notify the Jury Officer that you have reached your verdicts.

Case No. 2:20-cv-3332                                                  Page 6 of 9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Charles H. Cooper, Jr.,
*Administrator of the Estate of J.B.,
deceased minor,*

      Plaintiff,

  v.

Moash Enterprise Company Limited,

      Defendant.

Case No. 2:20-cv-3332

Judge Michael H. Watson

Magistrate Judge Jolson

## VERDICT FORM 3A:

We the Jury do hereby unanimously return a verdict as to punitive damages as set forth below:

Do you find Plaintiff is entitled to collect punitive damages for the Survival Claim?

(circle one)

**YES** (circled)      **NO**

Signed:

X _____
(Foreperson)

X _____

X _____

X _____

X _____

8/15/23
(Date)

If your answer is YES, proceed to Verdict Form 3B. If your answer is NO, you are finished. Notify the Jury Officer that you have reached your verdicts.

Case No. 2:20-cv-3332        Page 7 of 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles H. Cooper, Jr.,
*Administrator of the Estate of J.B.,
deceased minor*,

Case No. 2:20-cv-3332

        Plaintiff,

Judge Michael H. Watson

v.

Magistrate Judge Jolson

Moash Enterprise Company
Limited,

        Defendant.

## VERDICT FORM 3B:

As to punitive damages for the Survival Claim, we the Jury do unanimously find that Plaintiff is entitled to the following amount:

$ _522,000,000_

Signed:

X _____
(Foreperson)

_8/15/23_
(Date)

X _____

X _____

X _____

X _____

X _____

If you answered YES on Verdict Form 3A, proceed to Verdict Form 4.

If you answered NO on Verdict Form 3A, you are finished. Notify the Jury Officer that you have reached your verdicts.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles H. Cooper, Jr.,
*Administrator of the Estate of J.B.,
deceased minor*,

      Plaintiff,

v.

Moash Enterprise Company Limited,

      Defendant.

Case No. 2:20-cv-3332

Judge Michael H. Watson

Magistrate Judge Jolson

## **VERDICT FORM 4:**

We the Jury do hereby unanimously return a verdict as to attorney's fees as set forth below:

Do you find Plaintiff is entitled to collect attorney's fees from Defendant?

(circle one)

**(YES)**        **NO**

Signed:

X_____
(Foreperson)

X_____

X_____

X_____

X_____

8/15/23
(Date)

X_____

_____

_____

You are finished. Notify the Jury Officer that you have reached your verdicts.

Case No. 2:20-cv-3332        Page 9 of 9