**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Charles H. Cooper, Jr.,
as administrator of the Estate of J.B.,
deceased minor,

      vs.                      Case No. 2:20-cv-3332

Moash Enterprises Company Limited,      **Judge Michael H. Watson**

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the October 11, 2023 Opinion and Order:

Judgment is entered in favor of Plaintiff and against Defendant in the amount of $615 million with post-judgment interest to accrue in accordance with 28 U.S.C. § 1691 (a), at a rate of 5.46%.  The Court retains ancillary enforcement jurisdiction to resolve post-judgment enforcement issues that fall within that jurisdiction.

Date:  **October 11, 2023**         **Richard Nagel, Clerk**

                                               s/ Jennifer Kacsor

                                        By Jennifer Kacsor/Courtroom Deputy